IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

FREDRICK B. WEBB, JR.
Reg. # 32647-044                                                                                               PLAINTIFF

V.                                            2:08CV00148 JMM/HDY

JULIANA DODD, Coordinator RDAP Program, FCI-Forrest
City; ALISON LUEKENFELD, Chief Psychologist & RDAP
Coordinator, FCI-Forrest City; T.C. OUTLAW, Warden, FCI-
Forrest City; CARLTON, Associate Warden, FCI-Forrest City;
KAREN HUNTER, Unit Manager, FCI-Forrest City; FOREMAN,
DTS, FCI-Forrest City; FENNER, DTS, FCI-Forrest City, and the
UNITED STATES of AMERICA, dba BUREAU OF PRISONS                     DEFENDANTS

## ORDER

Pending before the Court is Plaintiff's Motion (docket entry #8) for voluntary dismissal of his claims against the Defendants in this action. Accordingly, Plaintiff's Motion is GRANTED and this case is dismissed without prejudice.

IT IS SO ORDERED this  10th  day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE