**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

FREDRICK B. WEBB, JR.
Reg. # 32647-044                                                                                          PLAINTIFF

V.                                          2:08CV00148 JMM/HDY

JULIANA DODD, Coordinator RDAP Program, FCI-Forrest
City; ALISON LUEKENFELD, Chief Psychologist & RDAP
Coordinator, FCI-Forrest City; T.C. OUTLAW, Warden, FCI-
Forrest City; CARLTON, Associate Warden, FCI-Forrest City;
KAREN HUNTER, Unit Manager, FCI-Forrest City; FOREMAN,
DTS, FCI-Forrest City; FENNER, DTS, FCI-Forrest City, and the
UNITED STATES of AMERICA, dba BUREAU OF PRISONS                   DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

DATED this  10th  day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE